IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREA CLAYBOURNE, | ) | 2:14cv1412 |
| | ) | Electronic Filing |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge David Stewart Cercone |
| | ) | Magistrate Judge |
| HM INSURANCE GROUP, | ) | Lisa Pupo Lenihan |
| | ) | |
| Defendant. | ) | |

## ORDER ON MOTION FOR SUMMARY JUDGMENT

The Complaint in the above captioned Section 1981 lawsuit, since amended, was first filed through counsel and received by the Clerk of Court on October 17, 2014. It was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. §636(b)(1), and Local Rules of Court 72.C and 72.D.

The October 22, 2015 Report and Recommendation ("Report") (ECF 33) recommended that the Defendant's July 21, 2015, Motion for Summary Judgment (ECF 27) be denied.

Service was made on all counsel of record. The parties were informed that in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72.D.2 of the Local Rules of Court, that they had fourteen (14) days to file any objections. No objections have been filed, and the time for objection has now expired.

Accordingly, after review of the pleadings and documents in the case, including the Report and Recommendation, the following Order is entered:

AND NOW, this 20th day of November, 2015,

**IT IS HEREBY ORDERED** that the Motion for Summary Judgment (ECF 27) filed by Defendant is **DENIED.**

**IT IS FURTHER ORDERED** that the October 22, 2015 Report and Recommendation of Magistrate Judge Lenihan is adopted as the Opinion of the Court.

_____
David Stewart Cercone
United States District Judge

cc: Magistrate Judge Lisa Pupo Lenihan
Timothy M. Kolman, Esquire
W. Charles Sipio, Esquire
Craig W. Snethen, Esquire
Jeffrey R. Wilson, Esquire

(*Via CM/ECF Electronic Mail*)